UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YENCY ARELLANO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

        v.

GREEN APPLE 37 INC.
d/b/a GREEN APPLE,
GREEN APPLE GOURMET INC.
d/b/a GREEN APPLE, and
ERIC YUN KIM,

        Defendants.

Case No.: 1:20-cv-05293

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

---

**PLEASE TAKE NOTICE** that upon the Affidavit of Anne Seelig, Esq., the Exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff YENCY ARELLANO ("Plaintiff") hereby moves for an Order, pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants GREEN APPLE 37 INC., GREEN APPLE GOURMET INC., and ERIC YUN KIM, jointly and severally, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affidavit of Anne Seelig, Esq. are copies of the Clerk's Certificate of Default, Summonses and Complaint, and proposed Default Judgment.

Dated: New York, New York
      January 13, 2021

By:

LEE LITIGATION GROUP, PLLC
*/s/ Anne Seelig*

Anne Seelig, Esq. (AS 3976)
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 661-1008
Fax: (212) 465-1181
Email: anne@leelitigation.com

*Attorney for Plaintiff*