**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

YENCY ARELLANO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

      Plaintiff,

    v.

GREEN APPLE 37 INC.
d/b/a GREEN APPLE,
GREEN APPLE GOURMET INC.
d/b/a GREEN APPLE, and
ERIC YUN KIM,

      Defendants.

---

Case No.: 1:20-cv-05293

**[PROPOSED]**
**DEFAULT JUDGMENT**

    This action having been commenced on July 9, 2020, by the filing of the Summons and Complaint. Defendants GREEN APPLE 37 INC., GREEN APPLE GOURMET INC., and ERIC YUN KIM, having not complied with the Court's orders, it is

ORDERED, ADJUDGED AND DECREED:

    That Plaintiff YENCY ARELLANO, has judgment against Defendants GREEN APPLE 37 INC., GREEN APPLE GOURMET INC., and ERIC YUN KIM for unpaid wages in the amount of $24,695, New York State Liquidated damages in the amount of $24,695, statutory damages in the amount of $10,000, amounting in all to $59,390.

    Dated: New York, New York

_____             _____

                                                   Judge Lewis J. Liman
                                                   United States District Judge

                                                   This document was entered on the docket

                                                   _____