**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YENCY ARELLANO, on behalf of himself,
FLSA Collective Plaintiffs and the Class,

                          Plaintiff,

                                            20 **CIVIL** 5293 (LJL)

          -against-                      **DEFAULT JUDGMENT**

GREEN APPLE 37 INC., d/b/a GREEN APPLE,
GREEN APPLE GOURMET INC. d/b/a GREEN
APPLE, and ERIC YUN KIM,

                        Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 23, 2021, Plaintiff is entitled to a default judgment in the amount of $48,220.00, and the case is closed.

**DATED**: New York, New York
           September 23, 2021

                                                      **RUBY J. KRAJICK**
                                                        _____
                                                         **Clerk of Court**
                                                  BY: _____
                                                         **Deputy Clerk**